Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SCHUYLER PYATTE BARBEAU, <br><br> Defendant. | NO. MJ15-542 <br><br> MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1.   **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☐   Crime of violence (18 U.S.C. 3156).

☐   Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐   Crime with a maximum sentence of life imprisonment or death.

☐   Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
U.S. v. BARBEAU/MJ15-542

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒ Serious risk the defendant will flee.

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

3. **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐ Probable cause to believe defendant committed a violation of one of the following offenses:  18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
U.S. v. BARBEAU/MJ15-542

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ☐ Probable cause to believe defendant committed an offense involving a
2  victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
3  2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421,
4  2422, 2423 or 2425.

5      4. **Time for Detention Hearing.** The United States requests the Court
6  conduct the detention hearing:

7  ☒ At the initial appearance
8  ☐ After a continuance of ___ day (not more than 3)

10  DATED this 7th day of December, 2015.

                        Respectfully submitted,

                        ANNETTE L. HAYES
                        United States Attorney

                        */s/ Thomas M. Woods*
                        THOMAS M. WOODS
                        Assistant United States Attorney
                        United States Attorney's Office
                        700 Stewart Street, Suite 5220
                        Seattle, WA 98101
                        Phone: (206) 553-4312
                        Fax:   (206) 553-0755
                        E-mail: Thomas.Woods2@usdoj.gov

MOTION FOR DETENTION - 3
U.S. v. BARBEAU/MJ15-542

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Salee Porter*
SALEE PORTER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206)553-4345
Fax:    (206) 553-0755
E-mail: Salee. Porter@usdoj.gov

MOTION FOR DETENTION - 4
U.S. v. BARBEAU/MJ15-542

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970