```
_____ FILED       _____ ENTERED
_____ LODGED      _____ RECEIVED
```

AO 442 (Rev. 11/11) Arrest Warrant

SG  **DEC 09 2015**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>SCHUYLER PYATTE BARBEAU<br><br>*Defendant* | )<br>)<br>)  Case No. **MJ15-542**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  SCHUYLER PYATTE BARBEAU,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm, in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(3)

Date: **2 December 2015**

_____
*Issuing officer's signature*

City and state:  Seattle, Washington

James P. Donohue, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* **12/5/15**, and the person was arrested on *(date)* **12/6/15**
at *(city and state)* _____

Date: **12/7/15**

_____
*Arresting officer's signature*

RANDLL BENNETT
*Printed name and title*